**Continuing Abatement Order filed October 27, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-15-00772-CR
_____

### DWAYNE DEDE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Cause No. 1377321**

## CONTINUING ABATEMENT ORDER

On March 10, 2016, this court directed the trial court to reduce to writing its findings of fact and conclusions of law on the voluntariness of appellant's statement. Our order required the trial judge to forward a supplemental clerk's record containing the findings and conclusions. The court's findings and conclusions were to be filed with the clerk of this court on or before April 11, 2016.

On June 28, 2016, a record of a hearing held before the trial court was filed with this court. In that hearing, the trial court requested the State's attorney to file proposed findings of fact and conclusions of law. To date, the court has not received a supplemental clerk's record containing the court's signed findings.

On September 21, 2016, a supplemental clerk's record was filed containing the State's proposed findings of fact and conclusions of law. The findings are not signed by the trial court.

Accordingly, the trial court is directed to file signed findings of fact and conclusions of law on the voluntariness of appellant's statement and have a supplemental clerk's record containing those findings filed with the clerk of this court on or before **November 21, 2016**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party.

It is so ORDERED.

PER CURIAM